MARK FOWLER (CSB No. 124235)
mark.fowler@dlapiper.com
WILLIAM GOLDMAN (CSB No. 203630)
bill.goldman@dlapiper.com
SAL LIM (CSB No. 211826)
sal.lim@dlapiper.com
MARC BELLOLI (CSB No. 244290)
marc.belloli@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel:  650.833.200
Fax: 650.833.2001

Attorneys for Plaintiff
Aerielle Technologies, Inc.

ROBERT W. DICKERSON (CSB No. 89367)
rdickerson@orrick.com
YASSER M. EL-GAMAL (CSB No. 189047)
ymel-gamal@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-4844
Tel: 213.629.2020
Fax: 213.612.2499

Attorneys for Defendant
Belkin International, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC and RADIO SHACK CORPORATION,<br><br>Defendants. | Civil Action No.  CV 10-01301-EMC<br><br>**STIPULATION ENLARGING TIME FOR RESPONDING TO COMPLAINT**<br><br>ORDER |

Plaintiff, Aerielle Technologies, Inc. ("Aerielle"), and Defendant, Belkin International, Inc. ("Belkin"), pursuant to Local Rule 6-1, hereby stipulate to a forty-five (45) day extension of time for Belkin to respond to Aerielle's Complaint. Belkin will now have until June 4, 2010, to respond to Aerielle's complaint. This extension of time will not alter the date of any event or any deadline already fixed by Court order, including but not limited to the Initial Case Management Conference, to be held on July 7, 2010 at 1:30 pm.

Dated: April 16, 2010                    DLA PIPER LLP (US)


   /s/ Marc Belloli
            Marc Belloli

Attorneys for Plaintiff
Aerielle Technologies, Inc.


Dated: April 16, 2010                    ORRICK HERRINGTON & SUTCLIFF LLP


   /s/Yasser M. El-Gamal
            Yasser M. El-Gamal

Attorneys for Defendant
Belkin International, Inc.

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT

OHS West:260897859.1
WEST\21936903.1

**ATTESTATION**

I, Marc Belloli, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Yasser El-Gamal has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: April 16, 2010         By:    /s/ Marc Belloli
                                          Marc Belloli

                                     Attorneys for Plaintiff Aerielle Tech. Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U. S. Magistrate J



STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT

-3-

OHS West:260897859.1
WEST\21936903.1