1  MARK FOWLER (CSB No. 124235)
   mark.fowler@dlapiper.com
2  WILLIAM GOLDMAN (CSB No. 203630)
   bill.goldman@dlapiper.com
3  SAL LIM (CSB No. 211826)
   sal.lim@dlapiper.com
4  MARC BELLOLI (CSB No. 244290)
   marc.belloli@dlapiper.com
5
6  DLA PIPER LLP (US)
   2000 University Avenue
7  East Palo Alto, CA 94303-2215
   Tel:  650.833.200
8  Fax: 650.833.2001

9  Attorneys for Plaintiff
   Aerielle Technologies, Inc.

10 ROBERT W. DICKERSON (CSB No. 89367)
   rdickerson@orrick.com
11 YASSER M. EL-GAMAL (CSB No. 189047)
   ymel-gamal@orrick.com
12
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
14 Los Angeles, CA 90017-4844
   Tel: 213.629.2020
15 Fax: 213.612.2499

16 Attorneys for Defendant
   Belkin International, Inc.

17                **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19                     **SAN FRANCISCO DIVISION**

20

| 21 | AERIELLE TECHNOLOGIES, INC., | |
|---|---|---|
| 22 | | |
| 23 | Plaintiff, | Civil Action No.  CV 10-01301-EMC |
| 24 | v. | **STIPULATION ENLARGING TIME FOR RESPONDING TO COMPLAINT** |
| 25 | BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC and RADIO SHACK CORPORATION, | ORDER |
| 26 | | |
| 27 | Defendants. | |

28

Plaintiff, Aerielle Technologies, Inc. ("Aerielle"), and Defendant, Belkin International, Inc. ("Belkin"), pursuant to Local Rule 6-1, hereby stipulate to a forty-five (45) day extension of time for Belkin to respond to Aerielle's Complaint. Belkin will now have until June 4, 2010, to respond to Aerielle's complaint. This extension of time will not alter the date of any event or any deadline already fixed by Court order, including but not limited to the Initial Case Management Conference, to be held on July 7, 2010 at 1:30 pm.

Dated: April 16, 2010         DLA PIPER LLP (US)


   /s/ Marc Belloli
            Marc Belloli

Attorneys for Plaintiff
Aerielle Technologies, Inc.


Dated: April 16, 2010         ORRICK HERRINGTON & SUTCLIFF LLP


   /s/Yasser M. El-Gamal
            Yasser M. El-Gamal

Attorneys for Defendant
Belkin International, Inc.

**ATTESTATION**

I, Marc Belloli, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Yasser El-Gamal has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: April 16, 2010   By:   /s/ Marc Belloli
                                    Marc Belloli

Attorneys for Plaintiff Aerielle Tech. Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U. S. Magistrate Judge



STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT

-3-

OHS West:260897859.1
WEST\21936903.1