1  MARK FOWLER (CSB No. 124235)
   mark.fowler@dlapiper.com
2  WILLIAM GOLDMAN (CSB No. 203630)
   bill.goldman@dlapiper.com
3  SAL LIM (CSB No. 211826)
   sal.lim@dlapiper.com
4  MARC BELLOLI (CSB No. 244290)
   marc.belloli@dlapiper.com
5
   DLA PIPER LLP (US)
6  2000 University Avenue
   East Palo Alto, CA 94303-2215
7  Tel:  650.833.2000
   Fax: 650.833.2001
8
   Attorneys for Plaintiff
9  Aerielle Technologies, Inc.

10 ROBERT W. DICKERSON (CSB No. 89367)
   rdickerson@orrick.com
11 YASSER M. EL-GAMAL (CSB No. 189047)
   ymel-gamal@orrick.com
12
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017-4844
14 Tel: 213.629.2020
   Fax: 213.612.2499
15
   Attorneys for Defendants
16 Belkin International, Inc., Best Buy Co., Inc., & BestBuy.com

17
                     **UNITED STATES DISTRICT COURT**
18                   **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
19

20 | AERIELLE TECHNOLOGIES, INC., | Civil Action No.  CV 10-01301-EMC |
   |---|---|
21 | Plaintiff, | **STIPULATION ENLARGING TIME FOR RESPONDING TO COMPLAINT** |
22 | v. | |
23 | | ORDER |
   | BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC and RADIO SHACK CORPORATION, | |
24 | | |
25 | Defendants. | |
26

27
28

Plaintiff, Aerielle Technologies, Inc. ("Aerielle"), and Defendants, Best Buy Co., Inc. and BestBuy.com (collectively "Best Buy"), pursuant to Local Rule 6-1, hereby stipulate to a forty-five (45) day extension of time for Best Buy to respond to Aerielle's Complaint.  Best Buy will now have until June 14, 2010, to respond to Aerielle's complaint.  This extension of time will not alter the date of any event or any deadline already fixed by Court order, including but not limited to the Initial Case Management Conference, to be held on July 7, 2010 at 1:30 pm.

Dated: April 29, 2010         DLA PIPER LLP (US)


                              /s/ Marc Belloli
                              Marc Belloli
                              Attorneys for Plaintiff
                              Aerielle Technologies, Inc.


Dated: April 29, 2010         ORRICK, HERRINGTON & SUTCLIFFE LLP


                              /s/ Yasser M. El-Gamal
                              Yasser M. El-Gamal
                              Attorneys for Defendants
                              Belkin International, Inc., Best Buy Co., Inc., & BestBuy.com

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT
USDC CASE NO. CV 10-01301 EMC

**ATTESTATION**

I, Marc Belloli, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Yasser M. El-Gamal has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: April 29, 2010             DLA PIPER LLP (US)

                                  By:  /s/ Marc Belloli
                                       Marc Belloli
                                       Attorneys for Plaintiff Aerielle Technologies, Inc.