MARK FOWLER (CSB No. 124235)
mark.fowler@dlapiper.com
WILLIAM GOLDMAN (CSB No. 203630)
bill.goldman@dlapiper.com
SAL LIM (CSB No. 211826)
sal.lim@dlapiper.com
MARC BELLOLI (CSB No. 244290)
marc.belloli@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.200
Fax: 650.833.2001

Attorneys for Plaintiff
Aerielle Technologies, Inc.

TOSS A. HOBBS
Sr. Litigation Attorney
Radio Shack Corporation
300 RadioShack Circle
Fort Worth, TX 76102-1964
Tel:  817.415.3724
Fax: 817.415.6593

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC and RADIO SHACK CORPORATION, <br><br> Defendants. | Civil Action No.  CV 10-01301-EMC <br><br> **STIPULATION ENLARGING TIME FOR RESPONDING TO COMPLAINT** <br> ORDER |

Plaintiff, Aerielle Technologies, Inc. ("Aerielle"), and Defendant, Radio Shack Corporation ("Radio Shack"), pursuant to Local Rule 6-1, hereby stipulate to a forty-five (45) day extension of

time for Radio Shack to respond to Aerielle's Complaint. Radio Shack will now have until June 14, 2010, to respond to Aerielle's complaint. This extension of time will not alter the date of any event or any deadline already fixed by Court order, including but not limited to the Initial Case Management Conference, to be held on July 7, 2010 at 1:30 pm.

Dated:  April 28, 2010            DLA PIPER LLP (US)


                                  /s/
                                  Marc Belloli

                                  Attorneys for Plaintiff
                                  Aerielle Technologies, Inc.


Dated: April 26, 2010             RADIO SHACK CORPORATION


                                  /s/
                                  Toss A. Hobbs

                                  Sr. Litigation Attorney
                                  Radio Shack Corporation


IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT

OHS West:260902292.1

## ATTESTATION

I, Marc Belloli, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Toss A. Hobbs has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

DLA PIPER LLP (US)

Dated: April 28, 2010        By:   /s/ Marc Belloli
                                        Marc Belloli

Attorneys for Plaintiff Aerielle Tech. Inc.

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT

-3-

OHS West:260902292.1