ROBERT W. DICKERSON, CA Bar No. 089367
rdickerson@orrick.com
YASSER EL-GAMAL, CA Bar No. 189047
ymel-gamal@orrick.com
ALYSSA M. CARIDIS, CA Bar No. 260103
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, 32nd floor
Los Angeles, CA  90017
Telephone:	213-612-2020
Facsimile:	213-612-2499

JEFFREY A. MILLER, CA Bar No. 160602
jmiller@orrick.com
I. NEEL CHATTERJEE, CA Bar No. 173985
nchatterjee@orrick.com
MATTHEW J. HULT, CA Bar No. 197137
matthult@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

Attorneys for Defendants
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC and RADIOSHACK CORPORATION, <br><br> Defendant. | Case No.  CV 10-01301 SBA <br><br> **STIPULATION AND ORDER REGARDING RADIOSHACK AND AERIELLE'S FIRST AMENDED COMPLAINT** |

On March 26, 2010, Plaintiff and Counterclaim Defendant Aerielle Technologies, Inc. ("Aerielle") filed its Complaint For Patent Infringement ("Complaint") [D.I. 1], alleging infringement of United States Patents Numbers 5,771,441 and 6,671,494 by Defendants and Counterclaim Plaintiffs Belkin International, Inc. ("Belkin"), Best Buy Co., Inc. ("Best Buy"), BestBuy.com LLC ("BestBuy.com"), and RadioShack Corporation ("RadioShack").

On June 4, 2010, Belkin timely filed its Answer And Counterclaims to Aerielle's Complaint [D.I. 15].

On June 14, 2010, Best Buy and BestBuy.com timely filed their Answer And Counterclaims responding to Aerielle's Complaint [D.I. 19].

On June 14, 2010, RadioShack timely filed its Answer And Counterclaims responding to Aerielle's Complaint [D.I. 17].

On June 28, 2010, Aerielle timely filed its response to Belkin's Counterclaims [D.I. 28 ].

On July 9, 2010, Aerielle timely filed its responses to RadioShack's and BestBuy/Bestbuy.com's respective Counterclaims [D.I. 34 & 33].

On July 9, 2010, Aerielle also timely filed its First Amended Complaint For Patent Infringement [D.I. 32] ("First Amended Complaint"), in which Aerielle named a new Defendant, Best Buy Stores, L.P., and added infringement claims against Best Buy Stores, L.P. regarding the same to two patents originally asserted in Aerielle's Complaint.  Nothing in the First Amended Complaint modified the allegations made against Defendant and Counterclaim Plaintiff RadioShack Corporation ("RadioShack"), except for changes to the numbering of the allegations made against RadioShack and of the paragraphs containing as such allegations and related prayers.

Accordingly, the parties have agreed that, in order to avoid unnecessary pleadings and related costs, RadioShack's original Answer And Counterclaims [D.I. 17] can be deemed RadioShack's timely response to Aerielle's First Amended Complaint, and Aerielle's original response to RadioShack's Counterclaims [D.I. 34] can be deemed Aerielle's timely response to the counterclaims RadioShack asserts in its response to Aerielle's First Amended Complaint.

To the extent that the Court rejects this stipulation and does not enter the attached Proposed Order, the parties agree to negotiate a reasonable schedule that will allow RadioShack sufficient time to file a response to Aerielle's First Amended Complaint and allow Aerielle sufficient time to file responses to RadioShack's counterclaims as presented in RadioShack's response to Aerielle's First Amended Complaint.

IT IS SO STIPULATED.

Dated:  July 26, 2010                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Matthew J. Hult /s/*
Matthew J. Hult
Attorneys for Defendant
RadioShack Corporation

Dated:  July 26, 2010                                          DLA PIPER US LLP

*/s/ Marc Belloli /s/*
Marc Belloli
Attorneys for Plaintiff
Aerielle Technologies, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/2/10

Honorable Saundra Brown Armstrong
United States District Court Judge
Northern District of California