1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BELKIN INTERNATIONAL, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-01301-LHK <br><br> ORDER DENYING PARTIES' REQUEST TO MODIFY DATES IN CASE MANAGEMENT ORDER <br><br> (re: docket #60) |

On November 3, 2010, the Court held a Case Management Conference, and referred the parties to private mediation. *See* November 3, 10 Case Management Order [dkt. #55]. The Court set a 120 day deadline to complete private mediation. On February 25, 2011, the parties filed a joint stipulation informing the Court that they are still "in the process of selecting a date and mediator," and will not complete mediation by the Court's deadline. *See* Dkt. #60. Citing no explanation for the delay, the parties request an extension of the mediation deadline to May 3, 2011, and a continuance of the Case Management Conference to May 11, 2011.

The parties' request is DENIED. The Case Management Conference remains as set on March 9, 2011 at 2:00 p.m, with a Joint Case Management Statement due by March 2, 2011. The Court is amenable to extending the mediation deadline for good cause shown, and will consider

1

Case No.: 10-CV-01301-LHK
ORDER DENYING REQUEST TO MODIFY DATES IN CASE MANAGEMENT ORDER

1  such an extension at the CMC on March 9, 2011.

2  **IT IS SO ORDERED.**

4  Dated: February 28, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge