I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MATTHEW J. HULT (STATE BAR NO. 197137)
matthult@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    +1-650-614-7400
Facsimile:     +1-650-614-7401

ALYSSA M. CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone:    +1-213-629-2020
Facsimile:     +1-213-612-2499

Attorneys for Defendant
BELKIN INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC, BEST BUY STORES, L.P. AND RADIOSHACK CORPORATION,<br><br>  Defendants. | Case No.  C 10-01301 LHK (HRL)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

OHS WEST:261104191.1

1  Defendant Belkin International, Inc. hereby substitutes the firm of Dickstein
2  Shapiro LLP, 2049 Century Park East, Suite 700, Los Angeles, CA 90067, telephone (310) 772-
3  8300, as its counsel of record herein in place of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh
4  Road, Menlo Park, California 94025, telephone (650) 614-7400.

Dated: March 9, 2011                    BELKIN INTERNATIONAL, INC.

_____
Chris Flower

We accept the above substitution.

Dated: March 11, 2011                   DICKSTEIN SHAPIRO LLP

_____/s/ Yasser El-Gamal_____
Yasser El-Gamal

We consent to the above substitution.

Dated: March 11, 2011                   ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/Matthew J. Hult_____
Matthew J. Hult

**IT IS SO ORDERED.**

Dated: March ___, 2011

_____
Lucy H. Koh
United States District Judge

Defendant Belkin International, Inc. hereby substitutes the firm of Dickstein Shapiro LLP, 2049 Century Park East, Suite 700, Los Angeles, CA 90067, telephone (310) 772-8300, as its counsel of record herein in place of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025, telephone (650) 614-7400.

Dated: March 9, 2011            BELKIN INTERNATIONAL, INC.

_____
Chris Flower

We accept the above substitution.

Dated: March ___, 2011           DICKSTEIN SHAPIRO LLP

_____
Yasser El-Gamal

We consent to the above substitution.

Dated: March ___, 2011           ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Matthew J. Hult

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
Lucy H. Koh
United States District Judge

- 1 -