I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
MATTHEW J. HULT (STATE BAR NO. 197137)
matthult@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

ALYSSA M. CARIDIS (STATE BAR NO. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Defendant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC, BEST BUY STORES, L.P. AND RADIOSHACK CORPORATION,<br><br>Defendants. | Case No. C 10-01301 LHK (HRL)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

Defendant RadioShack Corporation hereby substitutes the firm of Dickstein Shapiro LLP, 2049 Century Park East, Suite 700, Los Angeles, CA 90067, telephone (310) 772-8300, as its counsel of record herein in place of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025, telephone (650) 614-7400.

Dated: March 11, 2011          RADIOSHACK CORPORATION

                               _____
                               Toss Hobbs

We accept the above substitution.

Dated: March 11, 2011          DICKSTEIN SHAPIRO LLP

                               /s/ Yasser El-Gamal
                               _____
                               Yasser El-Gamal

We consent to the above substitution.

Dated: March 11, 2011          ORRICK, HERRINGTON & SUTCLIFFE LLP

                               /s/ Matthew J. Hult
                               _____
                               Matthew J. Hult

**IT IS SO ORDERED.**

Dated: March ___, 2011

                               _____
                               Lucy H. Koh
                               United States District Judge

- 1 -

SUBSTITUTION OF COUNSEL
C10-01301 LHK (HRL)

OHS WEST:261104231.1

| | |
|---|---|
| 1 | |
| 2 | Defendant RadioShack Corporation hereby substitutes the firm of Dickstein |
| 3 | Shapiro LLP, 2049 Century Park East, Suite 700, Los Angeles, CA 90067, telephone (310) 772- |
| 4 | 8300, as its counsel of record herein in place of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh |
| 5 | Road, Menlo Park, California 94025, telephone (650) 614-7400. |

Dated: March 11, 2011     RADIOSHACK CORPORATION

_____
Toss A. Hobbs

We accept the above substitution.

Dated: March ___, 2011     DICKSTEIN SHAPIRO LLP

_____
Yasser El-Gamal

We consent to the above substitution.

Dated: March ___, 2011     ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Matthew J. Hult

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
Lucy H. Koh
United States District Judge

- 1 -

SUBSTITUTION OF COUNSEL
C10-01301 LHK (HRL)

OHS WEST:261104231.1