| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | MATTHEW J. HULT (STATE BAR NO. 197137) |
| | matthult@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: +1-650-614-7400 |
| 5 | Facsimile: +1-650-614-7401 |
| 6 | ALYSSA M. CARIDIS (STATE BAR NO. 260103) |
| | acaridis@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street |
| 8 | Suite 3200 |
| | Los Angeles, CA 90017 |
| 9 | Telephone: +1-213-629-2020 |
| | Facsimile: +1-213-612-2499 |
| 10 | |
| 11 | Attorneys for Defendants |
| | BEST BUY CO., INC., BESTBUY.COM, LLC |
| 12 | and BEST BUY STORES, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AERIELLE TECHNOLOGIES, INC., | | Case No. C 10-01301 LHK (HRL) |
| Plaintiff, | | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | | |
| BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC, BEST BUY STORES, L.P. AND RADIOSHACK CORPORATION, | | |
| Defendants. | | |

SUBSTITUTION OF COUNSEL
C10-01301 LHK (HRL)

OHS WEST:261104224.1

| | |
|---|---|
| 1 | Defendants Best Buy Co., Inc., BestBuy.com, LLC and Best Buy Stores, L.P. |

hereby substitutes the firm of Dickstein Shapiro LLP, 2049 Century Park East, Suite 700, Los Angeles, CA 90067, telephone (310) 772-8300, as its counsel of record herein in place of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025, telephone (650) 614-7400.

Dated: March ___, 2011              BEST BUY CO., INC., BESTBUY.COM, LLC and
                                    BEST BUY STORES, L.P.


                                    _____
                                    Cheryl Hauch


We accept the above substitution.

Dated: March 17, 2011               DICKSTEIN SHAPIRO LLP


                                    /s/ Yasser El Gamal
                                    _____
                                    Yasser El-Gamal


We consent to the above substitution.

Dated: March 17, 2011               ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    /s/ Matthew J. Hult
                                    _____
                                    Matthew J. Hult


**IT IS SO ORDERED.**


Dated: March ___, 2011


                                    _____
                                    Lucy H. Koh
                                    United States District Judge

Defendants Best Buy Co., Inc., BestBuy.com, LLC and Best Buy Stores, L.P. hereby substitutes the firm of Dickstein Shapiro LLP, 2049 Century Park East, Suite 700, Los Angeles, CA 90067, telephone (310) 772-8300, as its counsel of record herein in place of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025, telephone (650) 614-7400.

Dated: March ___, 2011

BEST BUY CO., INC., BESTBUY.COM, LLC and BEST BUY STORES, L.P.

_____
Thomas R. Harris

We accept the above substitution.

Dated: March ___, 2011

DICKSTEIN SHAPIRO LLP

_____
Yasser El-Gamal

We consent to the above substitution.

Dated: March ___, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Matthew J. Hult

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
Lucy H. Koh
United States District Judge

- 1 -

SUBSTITUTION OF COUNSEL
C10-01301 LHK (HRL)

OHS WEST:261104224.1