UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., ) | Case No.: 10-CV-01301-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING REQUEST TO |
| v. ) | EXCEED PAGE LIMITS |
| ) | |
| BELKIN INTERNATIONAL, ET AL., ) | (re: dkt #77) |
| ) | |
| Defendants. ) | |
| ) | |

In the Joint Claim Construction and Prehearing Statement [dkt. #77], the Parties request to file claim construction briefs in excess of otherwise applicable page limitations. The Court GRANTS that request as follows: thirty-five (35) pages for Plaintiff's opening claim construction brief, thirty-five (35) pages for Defendants' response claim construction brief, and twenty (20) pages for Plaintiff's reply brief.

**IT IS SO ORDERED.**

Dated: April 12, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge