1  MARK FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  BRENT YAMASHITA (Bar No. 206890)
   brent.yamashita@dlapiper.com
3  CHRISTINE CORBETT (Bar No. 209128)
   christine.corbett@dlapiper.com
4  CARRIE WILLIAMSON (Bar No. 230873)
5  carrie.williamson@dlapiper.com
   CHANG KIM (Bar No. 273393)
6  changu.kim@dlapiper.com

7  DLA PIPER LLP (US)
   2000 University Avenue
8  East Palo Alto, CA  94303-2215
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Plaintiff,
   Aerielle Technologies, Inc.

ROBERT W. DICKERSON (Bar No. 89367)
dickersonr@dicksteinshapiro.com
YASSER EL-GAMAL (Bar. No. 189047)
elgamaly@dicksteinshapiro.com
DAVID A. RANDALL (Bar. No. 156722)
randalld@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California  90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

JEFFREY A. MILLER (Bar No. 16062)
millerj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (650) 632-4308
Facsimile: (650) 551-9901

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.; BEST BUY CO., INC.; BESTBUY.COM, LLC; BEST BUY STORES, L.P.; and RADIOSHACK CORPORATION,<br><br>Defendants. | CASE NO. C 10-01301 LHK (HRL)<br><br>Hon. Lucy H. Koh<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE DATE FOR PRIVATE MEDIATION ALTERNATIVE DISPUTE RESOLUTION** |

STIPULATION AND [PROPOSED] ORDER MODIFYING DATE FOR PRIVATE MEDIATION ADR

## BACKGROUND AND GOOD CAUSE

On November 3, 2010, the Court held a Case Management Conference and referred the parties to private mediation. *See* November 3, 2010 Case Management Order [dkt. #55]. At the Case Management Conference, the Court set a 120 days for the parties to complete private mediation. *Id.*

Following the parties' Subsequent Joint Case Management Statement filed March 2, 2011, [dkt. #62], and the Case Management Conference held on March 9, 2011, the Court Ordered counsel for the parties to complete their initial efforts at settlement via a teleconference by April 1, 2011, and to complete their face-to-face efforts at informal settlement by April 15, 2011. *See* March 9, 2011 Case Management and Minute Order [dkt. #66]. The Court also ordered the parties to file their stipulated ADR selection by March 18, 2011 with a 90-day deadline. *Id.*

Pursuant to the Court's March 9, 2011 Case Management Order, on March 18, the parties submitted their ADR selection, electing to participate in a private one-day mediation by June 3, 2011. *See* March 21, 2011 Stipulation and Order Selecting ADR Process [dkt. #76]. On March 18, 2011, the parties also exchanged certain information to facilitate settlement discussions. In addition, the parties, through their counsel, held settlement talks via telephone prior to the April 1, 2011, deadline and held face-to-face settlement discussions by the April 15, 2001, deadline.

Following the parties informal settlement efforts, it has become clear that the they remain quite far apart in their respective settlement positions. Given the respective settlement positions of each of the parties, counsel for the parties have concluded that conducting mediation prior to the present June 3, 2011, deadline would be unproductive, and could even be counterproductive, thus needlessly causing the parties to incur significant expense. In this regard, the parties have previously agreed that due to the geographic diversity of their locations, the mediation will be held in Chicago. Thus, attending the mediation will involve

considerable expense and inconvenience for the parties.  Therefore, having now engaged in the preliminary settlement discussions, counsel for the parties believe that a mediation at which both counsel and party representatives attend will have the best chance for success if held after the Markman hearing has been held and Markman rulings have been issued.

In this regard, on April 4, 2011, the parties submitted their Joint Claim Construction Statement and Prehearing Statement ("JCCS"), which contains the parties' agreed upon and disputed constructions. *See* JCCS [dkt. #77].  A two-hour technology tutorial and a three hour-claim construction hearing are scheduled for June 27 and June 29, 2011, respectively. *See* March 9, 2011, Case Management and Minute Order [dkt. #66].  In the JCCS, the parties identified ten disputed terms, and as is apparent from that document, hold divergent views regarding the appropriate construction for these terms. *See* JCCS at 1 and Exhibit B [dkt. #77].

Given the parties' currently-held respective views on appropriate settlement value and appropriate claim constructions, both of which are at this time quite disparate, counsel for the parties believe that the issues will be substantially better framed, and settlement discussions will have a better chance of success, after the Court issues its Claim Construction Order following the claim construction hearing on June 29, 2011.

Accordingly, the parties respectfully request that the current June 3, 2011 deadline for completion of private mediation be continued and reset for August 12, 2011. A proposed Order to that effect is being currently filed.

| | |
|---|---|
| 1 | **STIPULATION and ~~PROPOSED~~ ORDER** |

In light of what counsel for the parties believe to be good cause, IT IS HEREBY STIPULATED by and between the parties hereto, by their respective undersigned counsel of record herein, that the current June 3, 2011 deadline for the parties to complete a private one-day mediation shall be continued to August 12, 2011.

DATED: May 9, 2011      DICKSTEIN SHAPIRO LLP

By:   /s/Robert W. Dickerson
Robert W. Dickerson
Yasser El-Gamal
David A. Randall
Jeffrey A. Miller
Attorneys for Defendants

DATED: May 9, 2011      DLA PIPER LLP (US)

By:   /s/Christine Corbett
Mark Fowler
Brent Yamashita
Christine Corbett
Carrie Williamson
Chang Kim
Attorneys for Plaintiff

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

DATED: May 10, 2011      *Lucy H. Koh*
LUCY H. KOH
United States District Judge

- 4 -
STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DATE FOR PRIVATE MEDIATION ADR