COPY

RECEIVED
MAY 31 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERIELLE TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., et al. <br><br> Defendant. | CASE NO. C 10-01301 LHK (HRL) <br><br> ~~(Proposed)~~ <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Robert Gingher , whose business address and telephone number is DICKSTEIN SHAPIRO LLP, 1633 Broadway, New York, New York 10019-6708, T: (212) 277-6537, F: (212) 277-6501; E-Mail: gingherr@dicksteinshapiro.com

and who is an active member in good standing of the bar of the State of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 2, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

