MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
BRENT YAMASHITA (Bar No. 206890)
brent.yamashita@dlapiper.com
CHRISTINE CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
CARRIE WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com
CHANG KIM (Bar No. 273393)
changu.kim@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff,
Aerielle Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC, BEST BUY STORES, L.P. and RADIO SHACK CORPORATION, <br><br> Defendants and Counterclaimants. | CASE NO. C 10-01301 LHK (HRL) <br><br> **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF EQUIPMENT AT TUTORIAL AND CLAIM CONSTRUCTION HEARING** <br><br> Hearing dates: June 27, 2011/June 29, 2011 <br> Time:  2:00 p.m./1:30 p.m. <br> Courtroom: 4 <br> Judge:  Lucy H. Koh |

Having read and considered the parties' Miscellaneous Joint Administrative Request for Leave to Permit Delivery and Use of Electronic Equipment at the Tutorial and Claim Construction Hearing,

-1-
[PROPOSED] ORDER GRANTING ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF EQUIPMENT AT HEARING / USDC CASE NO. C 10-01301 LHK (HRL)

DLA PIPER LLP (US)   WEST\223727951.1

1    IT IS HEREBY ORDERED that the Administrative Request is GRANTED.

2    The parties may deliver the following electronic equipment to the Courtroom on June 27,

3  2011 at 11:00 a.m. and June 29, 2011 at 11:00 a.m. 2011 for use during the Tutorial and Claim

4  Construction Hearing:  laptop computers, digital projectors, monitors, video switches, an Elmo

5  and any required cables and connectors..

7  Dated:  June 24, 2011

_____
UNITED STATES JUDGE
LUCY H. KOH

-2-
[PROPOSED] ORDER GRANTING ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY
AND USE OF EQUIPMENT AT HEARING / USDC CASE NO. C 10-01301 LHK (HRL)

WEST\223727951.1

DLA PIPER LLP (US)