UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> BELKIN INTERNATIONAL, ET AL., <br><br> Defendants. | Case No.: 10-CV-01301-LHK <br><br> ORDER REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY <br><br> (re: dkt #113) |

On July 11, 2011, Defendants filed a notice of supplemental authority. *See* Dkt. #113. Although Defendants improperly included argument in their notice, the Court will not strike the notice from the record. The Court, however, will grant Plaintiff an opportunity to respond. Accordingly, by Friday, July 15, 2011, Plaintiff may file a three-page response to Defendants' submission.

**IT IS SO ORDERED.**

Dated: July 12, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-01301-LHK
ORDER REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY