UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br>    Plaintiff, <br>  v. <br><br> BELKIN INTERNATIONAL, ET AL., <br><br>    Defendants. | Case No.: 10-CV-01301-LHK <br><br> ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND AMENDED INFRINGEMENT CONTENTIONS <br><br> (re: dkt. #105) |

On July 1, 2011, Plaintiff moved for leave to file a Second Amended Complaint ("SAC") and Amended Infringement Contentions. *See* Dkt. #105. On July 14, 2011, Defendants filed a statement of non-opposition to Plaintiff's motion. *See* Dkt. #116. Pursuant to Civil Local Rule 7-1(b), the Court deems Plaintiff's motion appropriate for resolution without oral argument and vacates the September 15, 2011 motion hearing. In light of Federal Rule of Civil Procedure 15's policy of granting leave freely when justice so requires, good cause shown, and Defendants' statement of non-opposition, Plaintiff's motion is GRANTED. Plaintiff shall file its SAC, attached as Exhibit A to its motion, and its Amended Infringement Contentions, attached as Exhibit B to its motion, as separate docket entries by Friday, July 29, 2011.

**IT IS SO ORDERED.**

Dated: July 24, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01301-LHK
ORDER GRANTING UNOPPOSED MOTION FOR LEAVE