ROBERT W. DICKERSON (State Bar No. 89367)
dickersonr@dicksteinshapiro.com
YASSER EL-GAMAL (State Bar. No. 189047)
elgamaly@dicksteinshapiro.com
DAVID A. RANDALL (State Bar. No. 156722)
randalld@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

JEFFREY A. MILLER (State Bar No. 16062)
millerj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304-1016
Phone: (650) 632-4340
Fax: (650) 632-4333

Attorneys for Best Buy Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC.; BEST BUY CO., INC.; BESTBUY.COM, LLC; BEST BUY STORES, L.P.; and RADIOSHACK CORPORATION, <br><br> Defendants. | CASE NO. C 10-01301 LHK (HRL) <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT BEST BUY CO., INC., BESTBUY.COM, LLC, AND BEST BUY STORES, L.P.'S TO PRODUCE DOCUMENTS |

The Court, having considered STIPULATION TO EXTEND DEADLINE FOR DEFENDANT BEST BUY CO., INC., BESTBUY.COM, LLC, AND BEST BUY STORES, L.P.'S TO PRODUCE DOCUMENTS submitted by the Best Buy Defendants and Plaintiff

1  Aerielle, and having found good cause, ORDERS that the deadline for document production by
2  the Best Buy defendants be extended from August 1, 2011 to August 8, 2011.
3  This extension is only granted as to the Best Buy defendants.  Further requests for extensions
4  shall be strongly disfavored.

**IT IS SO ORDERED.**

Dated: July 29, 2011

_Lucy H. Koh_
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR BEST BUY DEFENDANTS' DOCUMENT PRODUCTION