**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BELKIN INTERNATIONAL, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-01301-LHK <br><br> ORDER DENYING SECOND REQUEST TO EXTEND DOCUMENT PRODUCTION DEADLINE <br><br> (re: dkt. #122) |

On July 29, 2011, the Court adopted the parties' stipulation to extend the document production deadline for the Best Buy Defendants from August 1, 2011 to August 8, 2011. *See* Dkt. # 120. The August 1, 2011 document production deadline for the other Defendants in the action remained as set. The Court extended the deadline on the parties' representations that Plaintiff Aerielle and the Best Buy Defendants were involved in serious settlement discussions. However, the Court notified the parties that further requests for extensions would be "strongly disfavored."

On Saturday, August 6, 2011, the parties filed yet another stipulation seeking to extend the document production deadline for the Best Buy Defendants. The parties' request is DENIED. The Best Buy Defendants shall comply with the August 8, 2011 document production deadline.

**IT IS SO ORDERED.**

Dated: August 8, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01301-LHK
ORDER DENYING REQUEST TO EXTEND DEADLINE