MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
BRENT YAMASHITA (Bar No. 206890)
brent.yamashita@dlapiper.com
CHRISTINE CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
CARRIE WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com
CHANG KIM (Bar No. 273393)
changu.kim@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff

ROBERT W. DICKERSON (State Bar No. 89367)
dickersonr@dicksteinshapiro.com
YASSER EL-GAMAL (State Bar. No. 189047)
elgamaly@dicksteinshapiro.com
DAVID A. RANDALL (State Bar. No. 156722)
randalld@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California  90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

JEFFREY A. MILLER (State Bar No. 160602)
millerj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 632-4308
Facsimile: (650) 632-4333

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.; BEST BUY CO., INC.; BESTBUY.COM, LLC; BEST BUY STORES, L.P.; and RADIOSHACK CORPORATION,<br><br>Defendants. | CASE NO. C 10-01301 LHK (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO AMEND ITS COMPLAINT AND INFRINGEMENT CONTENTIONS AND ALLOWING DEFENDANTS TO AMEND THEIR AFFIRMATIVE DEFENSES AND INVALIDITY CONTENTIONS** |

WHEREAS, Plaintiff filed its Second Amended Complaint for Patent Infringement on July 29, 2011 (DN121);

WHEREAS, Defendants filed their Answers and Counterclaims Re: Plaintiff's Second Amended Complaint for Patent Infringement on August 15, 2011 (DN127-129);

DICKSTEIN
SHAPIRO LLP

- 1 -
STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO AMEND ITS COMPLAINT AND
INFRINGEMENT CONTENTIONS AND ALLOWING DEFENDANTS TO AMEND THEIR AFFIRMATIVE DEFENSES
AND INVALIDITY CONTENTIONS

DOCSLA-81146v2

1   WHEREAS, Plaintiff served its Patent Local Rule 3-1 Disclosure of Asserted Claims and

2   Infringement Contentions on December 17, 2010.

3   WHEREAS, Defendants served their Patent L.R. 3-3 Disclosure of Invalidity Contentions

4   and Documents Production Under Patent L.R. 3-4 on February 3, 2011.

5   WHEREAS, the parties during the September 21, 2011 Status Conference represented to

6   the Court that in view of the recently rendered Claim Construction Order and newly discovered

7   information they had agreed to simultaneously exchange supplemental/amended infringement and

8   invalidity contentions and amended pleadings regarding additional claims and defenses no later

9   than Friday September 23, 2011 and meet and confer on those contentions early the following

10  week;

11  WHEREAS, on or about Friday September 23, 2011 the parties exchanged their proposed

12  amended pleadings, infringement contentions, and invalidity contentions;

13  WHEREAS, on Monday September 26, 2011, the parties met and conferred on their

14  respective proposed amended pleadings and contentions and agreed to stipulate to each others

15  amendments, subject to the Court's approval;

16  WHEREAS, the parties believe that good cause exists under the governing local and

17  federal rules to permit these amendment pleadings and contentions and do not anticipate that this

18  stipulation will affect any other dates that have been set by this Court;

19  WHEREAS, the parties hereby stipulate and agree, by and through their attorneys of

20  record, to allow the September 23, 2011 exchanged amendments to their pleadings, infringement

21  contentions, and invalidity contentions.

22  NOW THEREFORE, having shown good cause, the parties respectfully request the entry

23  of an Order permitting:

24  (1) Plaintiff Aerielle Technologies, Inc. to amend its complaint to add claims of willful

25  infringement against Belkin and Best Buy defendants as to U.S. Patent No. 6,671,494 and to add a

26  claim of willful infringement against Belkin as to U.S. Patent No. 5,771,441; Plaintiff reserves its

DICKSTEIN
SHAPIRO LLP

- 2 -
STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO AMEND ITS COMPLAINT AND
INFRINGEMENT CONTENTIONS AND ALLOWING DEFENDANTS TO AMEND THEIR AFFIRMATIVE DEFENSES
AND INVALIDITY CONTENTIONS

DOCSLA-81146v2

rights to assert willful infringement as to U.S. Patent No. 5,771,441 as to Best Buy and RadioShack as discovery is ongoing;

(2) Plaintiff Aerielle Technologies, Inc. to serve its September 23, 2011 exchanged infringement contentions within 2 calendar days of this Order (and will include the willful allegation against Belkin regarding the '441 patent);

(3) Defendant Best Buy to amend their answers to add affirmative defenses of equitable estoppel and Defendants reserve their rights in all other respects including with respect to lack of standing, substitution of plaintiff, and any right, claim or defense relating to the issue of the transfer of ownership of the patents-in-suit; and

(4) Defendants to serve their September 23, 2011 exchanged invalidity contentions within 2 calendar days of this Order.

Plaintiff is to file its amended complaint within 5 calendar days of this Order.  Defendants to file their amended answers and counterclaims within 15 calendar days of this Order.

By entering into this stipulation the parties do not waive and expressly reserve any other rights, claims or defenses.

DATED:  October 10, 2011         DICKSTEIN SHAPIRO LLP


                                 By:  /s/ Robert W. Dickerson
                                      Robert W. Dickerson
                                      Attorneys for Defendants


DATED:  October 10, 2011         DLA PIPER LLP


                                 By:  /s/ Christine Corbett
                                      Christine Corbett
                                      Attorneys for Plaintiff

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: October 11, 2011

4

5   _____
    LUCY H. KOH
    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKSTEIN
SHAPIRO LLP

- 4 -

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO AMEND ITS COMPLAINT AND
INFRINGEMENT CONTENTIONS AND ALLOWING DEFENDANTS TO AMEND THEIR AFFIRMATIVE DEFENSES
AND INVALIDITY CONTENTIONS

DOCSLA-81146v2