UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., ) | Case No.: 10-CV-01301-LHK |
| ) | |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF |
| v. ) | |
| ) | |
| BELKIN INTERNATIONAL, ET AL., ) | |
| ) | |
| Defendants. ) | (re: dkt. #145) |
| ) | |
| ) | |

On October 25, 2011, Plaintiff and Counterclaim-Defendant Aerielle Technologies, Inc. ("Aerielle" or "Plaintiff") simultaneously filed a Motion to Substitute Party and an *Ex Parte* Application to Shorten Time for Hearing on that Motion. *See* ECF Nos. 145, 146. In its *Ex Parte* Application, Plaintiff asks this Court to deem Aerielle's Motion to Substitute Party filed as of October 25, 2011 and to set it for hearing on November 22, 2011, the same day as a further case management conference scheduled in this case, rather than on February 2, 2012, the next available hearing date as of the time Aerielle filed its *Ex Parte* Application.

Defendants and Counterclaim-Plaintiffs Belkin International, Inc., Best Buy Co., Inc., Best Buy.com, LLC, Best Buy Stores, L.P., and RadioShack Corporation (collectively "Defendants") filed a response on October 31, 2011, opposing Plaintiff's *Ex Parte* Application. Defendants oppose principally on grounds that Plaintiff's failure to timely produce documents relevant to the assignments of rights in the two patents-in-suit renders the proposed expedited briefing schedule on

1

Case No.: 10-CV-01301-LHK
ORDER DENYING *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING

1   Plaintiff's Motion to Substitute Party "unrealistic and prejudicial to Defendants." ECF No. 150.
2   On September 21, 2011, after Plaintiff informed the Court that it had assigned its intellectual
3   property rights in the two patents-in-suit to a creditor named "Great American Life" or "Great
4   American Insurance," the Court ordered Plaintiff to produce all documents relevant to the
5   assignment by September 28, 2011. *See* ECF No. 138. Defendants assert that Plaintiff produced
6   over 1,200 pages of ownership-related documents on October 21, 2011, nearly a month after the
7   Court-ordered deadline, and just shortly before filing its *Ex Parte* Application and Motion to
8   Substitute Party. ECF No. 150 at 4. Furthermore, Defendants provide evidence that Plaintiff's
9   production of relevant documents remained incomplete even at the time of filing its Motion. *Id.*
10  Ex. A.

11  Had Plaintiff fully complied with the Court's September 21, 2011 Order, it could have
12  moved to substitute plaintiff much sooner. Instead, it waited until October 25, 2011 to file its
13  motion, and now asks the Court for an expedited hearing. The Court finds that Plaintiff has
14  exhibited a pattern of not being forthcoming regarding the assignment of rights, a matter that is
15  indispensable to determining Plaintiff's standing and the Court's subject matter jurisdiction over
16  this action. Accordingly, the Court DENIES Plaintiff's *Ex Parte* Application. Pursuant to this
17  Order, Plaintiff shall re-file its Motion to Substitute Party and notice it for the next available
18  hearing date after consulting Ms. Martha Parker-Brown, the Courtroom Deputy.

20  **IT IS SO ORDERED.**
21  Dated: November 17, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge