MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
BRENT YAMASHITA (Bar No. 206890)
brent.yamashita@dlapiper.com
CHRISTINE CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
CARRIE WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com
CHANG KIM (Bar No. 273393)
changu.kim@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff

ROBERT W. DICKERSON (State Bar No. 89367)
dickersonr@dicksteinshapiro.com
YASSER EL-GAMAL (State Bar. No. 189047)
elgamaly@dicksteinshapiro.com
DAVID A. RANDALL (State Bar. No. 156722)
randalld@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

JEFFREY A. MILLER (State Bar No. 160602)
millerj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 632-4308
Facsimile: (650) 632-4333

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.; BEST BUY CO., INC.; BESTBUY.COM, LLC; BEST BUY STORES, L.P.; and RADIOSHACK CORPORATION,<br><br>Defendants. | CASE NO. C 10-01301 LHK (HRL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CERTAIN DATES SET AT CASE MANAGEMENT CONFERENCE** |

WHEREAS, the parties attended a Further Case Management Conference on November 22, 2011;

WHEREAS, at the Further Case Management Conference, the Court ordered Plaintiff to file a declaration on November 29, 2011 confirming that certain documents requested by Defendants' counsel during the Further Case Management Conference were produced and, if such documents were not previously produced, to produce such documents by December 6, 2011;

1     WHEREAS, the parties have reached a settlement in principal;

2     WHEREAS, the parties hereby stipulate and agree, by and through their attorneys of record, to extend the November 29, 2011 and December 6, 2011 dates by two weeks to allow the parties to finalize the settlement;

5     NOW THEREFORE, having shown good cause, the parties respectfully request the entry of an Order permitting Plaintiff to file a declaration pursuant to the Court's order at the Further Case Management Conference no later than December 13, 2011 and to produce additional documents, if any, as requested by Defendants' counsel during the Further Case Management Conference by December 20, 2011.

10     IT IS SO STIPULATED.

DATED:  November 23, 2011     DICKSTEIN SHAPIRO LLP

By: */s/ Robert W. Dickerson*
Robert W. Dickerson
Attorneys for Defendants

DATED:  November 23, 2011     DLA PIPER LLP

By: */s/ Christine Corbett*
Christine Corbett
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 29, 2011

*[signature: Lucy H. Koh]*
LUCY H. KOH
United States District Court Judge