MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
BRENT YAMASHITA (Bar No. 206890)
brent.yamashita@dlapiper.com
CHRISTINE CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
CARRIE WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com
CHANG KIM (Bar No. 273393)
changu.kim@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff

ROBERT W. DICKERSON (State Bar No. 89367)
dickersonr@dicksteinshapiro.com
YASSER EL-GAMAL (State Bar. No. 189047)
elgamaly@dicksteinshapiro.com
DAVID A. RANDALL (State Bar. No. 156722)
randalld@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

JEFFREY A. MILLER (State Bar No. 160602)
millerj@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
700 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 632-4308
Facsimile: (650) 632-4333

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.; BEST BUY CO., INC.; BESTBUY.COM, LLC; BEST BUY STORES, L.P.; and RADIOSHACK CORPORATION,<br><br>Defendants. | CASE NO. C 10-01301 LHK (HRL)<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DATES SET AT CASE MANAGEMENT CONFERENCE** |

WHEREAS, the parties attended a Further Case Management Conference on November 22, 2011;

WHEREAS, at the Further Case Management Conference, the Court ordered Plaintiff to file a declaration on November 29, 2011 confirming that certain documents requested by Defendants' counsel during the Further Case Management Conference were produced and, if such documents were not previously produced, to produce such documents by December 6, 2011;

1  WHEREAS, at the parties' request, the Court extended the November 29, 2011 and
2  December 6, 2011 dates by two weeks to allow the parties to finalize a settlement agreement;
3  WHEREAS, the parties continue to work together in good faith to finalize the settlement
4  agreement, are close to finalizing a settlement agreement and expect to have a fully executed
5  settlement agreement by Tuesday, December 13;
6  WHEREAS, the parties hereby stipulate and agree, by and through their attorneys of
7  record, to further extend the December 13, 2011 and December 20, 2011 dates by one week to
8  allow the parties to finalize the settlement;
9  NOW THEREFORE, having shown good cause, the parties respectfully request the entry
10  of an Order permitting Plaintiff to file a declaration pursuant to the Court's order at the Further
11  Case Management Conference no later than December 20, 2011 and to produce additional
12  documents, if any, as requested by Defendants' counsel during the Further Case Management
13  Conference by December 27, 2011.
14  IT IS SO STIPULATED.

DATED:  December 8, 2011          DICKSTEIN SHAPIRO LLP

                                  By:  */s/ Robert W. Dickerson*
                                       Robert W. Dickerson
                                       Attorneys for Defendants

DATED:  December 8, 2011          DLA PIPER LLP (US)

                                  By:  */s/ Christine Corbett*
                                       Christine Corbett
                                       Attorneys for Plaintiff

DICKSTEIN
SHAPIRO LLP

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. Any further requests for extension will be disfavored.

2

3  DATED: ___December 9___, 2011

4

5  _____
   LUCY H. KOH
6  United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28