UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> BELKIN INTERNATIONAL, ET AL., <br><br> Defendants. | Case No.: 10-CV-01301-LHK <br><br> ORDER TO FILE JOINT STATUS REPORT RE: SETTLEMENT |

On December 8, 2011, the parties filed a stipulation to extend certain document production deadlines so as to allow the parties to finalize a settlement agreement. *See* ECF No. 170; *see also* ECF No. 165. The Court issued an Order on December 9, 2011 extending the relevant deadlines based on the parties' representation they expected to have a fully executed settlement agreement by Tuesday, December 13, 2011. *See* ECF No. 171. To date, the parties have not filed a notice of settlement or stipulation of dismissal. Accordingly, the parties are hereby ordered to file a joint status report regarding the status of settlement by December 16, 2011 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: December 15, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge