UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> BELKIN INTERNATIONAL, ET AL., <br><br> Defendants. | Case No.: 10-CV-01301-LHK <br><br> ORDER DENYING REQUEST TO VACATE ALL CASE DATES |

The parties' Joint Submission Regarding Notice of Settlement, filed December 16, 2011, states that the parties expect to have a fully executed settlement agreement by no later than Friday, December 23, 2011, and requests that the Court vacate all case dates, in light of the status of settlement negotiations. *See* ECF No. 173. The Court finds the request premature and will not vacate all case dates until the parties have filed a stipulation of dismissal, which the parties represent they intend to do within thirty days. To the extent the parties seek to continue individual case dates, the parties shall file a stipulation to that effect, supported by good cause. Any such request to extend deadlines must address why the parties require an additional three weeks after execution of the settlement agreement to file their stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: December 16, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge