| | |
|---|---|
| MARK FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>BRENT YAMASHITA (Bar No. 206890)<br>brent.yamashita@dlapiper.com<br>CHRISTINE CORBETT (Bar No. 209128)<br>christine.corbett@dlapiper.com<br>CARRIE WILLIAMSON (Bar No. 230873)<br>carrie.williamson@dlapiper.com<br>CHANG KIM (Bar No. 273393)<br>changu.kim@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Plaintiff | ROBERT W. DICKERSON (State Bar No. 89367)<br>dickersonr@dicksteinshapiro.com<br>YASSER EL-GAMAL (State Bar. No. 189047)<br>elgamaly@dicksteinshapiro.com<br>DAVID A. RANDALL (State Bar. No. 156722)<br>randalld@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, California 90067-3109<br>Telephone: (310) 772-8300<br>Facsimile: (310) 772-8301<br><br>JEFFREY A. MILLER (State Bar No. 160602)<br>millerj@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 632-4308<br>Facsimile: (650) 632-4333<br><br>Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC.; BEST BUY CO., INC.; BESTBUY.COM, LLC; BEST BUY STORES, L.P.; and RADIOSHACK CORPORATION,<br><br>        Defendants. | CASE NO. C 10-01301 LHK (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO JOIN AERIELLE IP HOLDINGS LLC AS A NAMED PLAINTIFF** |

WHEREAS, Aerielle IP Holdings LLC ("Aerielle IP") claims to be the current owner of the two patents asserted in the present litigation;

WHEREAS Aerielle IP and the current plaintiff, Aerielle Technologies, Inc. ("Aerielle Tech"), have moved the Court to substitute Aerielle IP for Aerielle Tech as the plaintiff in the present litigation;

- 1 -
STIPULATION AND [PROPOSED] ORDER TO JOIN AERIELLE IP HOLDINGS LLC AS A NAMED PLAINTIFF
WEST\226923227.1
371052-000008

1  WHEREAS, the parties, including Aerielle IP, have reached a global settlement of the present litigation as to all claims, defenses and counterclaims;

WHEREAS, the parties desire all of the claims and counterclaims of the present litigation to be dismissed with prejudice as to all parties, including Aerielle IP, so as to ensure that the Dismissal with Prejudice is fully effective according to the intent of the global settlement;

WHEREAS, the parties hereby stipulate and agree, by and through their attorneys of record, that Aerielle IP be joined pursuant to Fed. R. Civ. P. 25(c) as a plaintiff with the original plaintiff Aerielle Tech.

NOW THEREFORE, having shown good cause, the parties respectfully request the entry of an Order joining Aerielle IP as a co-plaintiff in this litigation with Aerielle Tech.

IT IS SO STIPULATED.

DATED: December 16, 2011          DICKSTEIN SHAPIRO LLP

                                  By: */s/ Robert W. Dickerson*
                                      Robert W. Dickerson
                                      Attorneys for Defendants

DATED: December 16, 2011          DLA PIPER LLP (US)

                                  By: */s/ Christine Corbett*
                                      Christine Corbett
                                      Attorneys for Plaintiff

- 2 -

STIPULATION AND [PROPOSED] ORDER TO JOIN AERIELLE IP HOLDINGS LLC AS A NAMED PLAINTIFF
WEST\226923227.1
371052-000008

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  
3  DATED: ___December 16_____, 2011

4  
5  _____
   LUCY H. KOH
6  United States District Court Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER TO JOIN AERIELLE IP HOLDINGS LLC AS A NAMED PLAINTIFF
WEST\226923227.1
371052-000008