| | |
|---|---|
| MARK FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>BRENT YAMASHITA (Bar No. 206890)<br>brent.yamashita@dlapiper.com<br>CHRISTINE CORBETT (Bar No. 209128)<br>christine.corbett@dlapiper.com<br>CARRIE WILLIAMSON (Bar No. 230873)<br>carrie.williamson@dlapiper.com<br>CHANG KIM (Bar No. 273393)<br>changu.kim@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Plaintiffs | ROBERT W. DICKERSON (State Bar No. 89367)<br>dickersonr@dicksteinshapiro.com<br>YASSER EL-GAMAL (State Bar. No. 189047)<br>elgamaly@dicksteinshapiro.com<br>DAVID A. RANDALL (State Bar. No. 156722)<br>randalld@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, California 90067-3109<br>Telephone: (310) 772-8300<br>Facsimile: (310) 772-8301<br><br>JEFFREY A. MILLER (State Bar No. 160602)<br>millerj@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 632-4308<br>Facsimile: (650) 632-4333<br><br>Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC.; AERIELLE IP HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL, INC.; BEST BUY CO., INC.; BESTBUY.COM, LLC; BEST BUY STORES, L.P.; and RADIOSHACK CORPORATION,<br><br>    Defendants. | CASE NO. C 10-01301 LHK (HRL)<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DATES SET AT CASE MANAGEMENT CONFERENCE** |

    WHEREAS, all of the parties with the exception of newly added Aerielle IP Holdings, LLC attended a Further Case Management Conference on November 22, 2011;

    WHEREAS, at the Further Case Management Conference, the Court ordered Plaintiff Aerielle Technologies, Inc. ("Aerielle Tech") to file a declaration on November 29, 2011 confirming that certain documents requested by Defendants' counsel during the Further Case

1  Management Conference were produced and, if such documents were not previously produced, to
2  produce such documents by December 6, 2011;

3      WHEREAS, at the parties' request, the Court extended the November 29, 2011 and
4  December 6, 2011 dates by two weeks to allow the parties to finalize the terms of their tentative
5  settlement, and since then the parties have been diligently doing so;

6      WHEREAS, at the parties' request, the Court further extended the December 13, 2011 and
7  December 20, 2011 dates by one week (to December 20, 2011 and December 27, 2011,
8  respectively) to allow the parties to finalize a settlement;

9      WHEREAS, all parties have now finalized and approved their respective settlement
10 agreements and the agreements are in the process of being signed;

11     WHEREAS, the global settlement is not effective until all settlement agreements as to all
12 parties have been fully executed;

13     WHEREAS, Plaintiffs Aerielle Tech and Aerielle IP Holdings, LLC have signed all three
14 settlement agreements with the Defendants;

15     WHEREAS, Defendants Radio Shack Corporation and Belkin International Inc. ("Belkin")
16 have signed their respective settlement agreements with Aerielle, thus completing the RadioShack
17 and Belkin settlement agreements;

18     WHEREAS, counsel for Best Buy Co., Inc., Best Buy.Com LLC, and Best Buy Stores,
19 L.P. expects to receive the three Best Buy signatures on the Best Buy settlement agreement by no
20 later than Friday, December 23, 2011;

21     WHEREAS, while counsel for the parties expect to file a dismissal with prejudice of the
22 entire action shortly after Friday December 23, 2011, because of the holidays and other possible
23 delays that are beyond the control of counsel, counsel is requesting that the due date for the
24 dismissals be set at twenty-one (21) days from today so as to avoid having to burden the Court
25 with additional requests; as no further requests for continuance are anticipated or desired by the
26 parties.

27     WHEREAS, counsel will file the motion to dismiss this case at the earliest possible date.

28

DICKSTEIN
SHAPIRO LLP

- 2 -
STIPULATION AND [PROPOSED] EXTENDING CERTAIN DATES SET AT CASE MANAGEMENT CONFERENCE
WEST\225463982.1

1    NOW THEREFORE, having shown good cause, the parties respectfully request the Court
2  to extend the December 20, 2011 and December 27, 2011 dates by three weeks to allow the parties
3  to finalize execution of all settlement agreements and file the Dismissal.
4    IT IS SO STIPULATED.

DATED: December 19, 2011          DICKSTEIN SHAPIRO LLP


                                  By:  */s/ Robert W. Dickerson*
                                       Robert W. Dickerson
                                       Attorneys for Defendants


DATED: December 19, 2011          DLA PIPER LLP (US)


                                  By:  */s/ Christine Corbett*
                                       Christine Corbett
                                       Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __December 22__, 2011

                                       *Lucy H. Koh*
                                       LUCY H. KOH
                                       United States District Court Judge

DICKSTEIN
SHAPIRO LLP