| | |
|---|---|
| MARK FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>BRENT YAMASHITA (Bar No. 206890)<br>brent.yamashita@dlapiper.com<br>CHRISTINE CORBETT (Bar No. 209128)<br>christine.corbett@dlapiper.com<br>CARRIE WILLIAMSON (Bar No. 230873)<br>carrie.williamson@dlapiper.com<br>CHANG KIM (Bar No. 273393)<br>changu.kim@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Plaintiffs | ROBERT W. DICKERSON (State Bar No. 89367)<br>dickersonr@docksteinshapiro.com<br>YASSER EL-GAMAL (State Bar. No. 189047)<br>elgamaly@dicksteinshapiro.com<br>DAVID A. RANDALL (State Bar. No. 156722)<br>randalld@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, California  90067-3109<br>Telephone: (310) 772-8300<br>Facsimile: (310) 772-8301<br><br>JEFFREY A. MILLER (State Bar No. 160602)<br>millerj@dicksteinshapiro.com<br>DICKSTEIN SHAPIRO LLP<br>700 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: (650) 632-4308<br>Facsimile: (650) 632-4333<br><br>Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES, INC., and AERIELLE IP HOLDINGS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., BEST BUY CO., INC., BESTBUY.COM, LLC, BEST BUY STORES, L.P. and RADIO SHACK CORPORATION,<br><br>Defendants. | CASE NO. C 10-01301 LHK (HRL)<br><br>[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Based on the "Stipulation of Dismissal" filed by Plaintiffs (Aerielle Technologies, Inc. and Aerielle IP Holdings, LLC), and Defendants, it is hereby ORDERED that all claims, affirmative defenses and counterclaims of Plaintiffs (Aerielle Technologies, Inc. and Aerielle IP Holdings LLC) and all Defendants (Belkin International, Inc., Best Buy Co., Inc., BestBuy.com, LLC, Best Buy Stores, L.P. and Radio Shack Corporation) are hereby dismissed with prejudice.

-1-

1  Each Party shall bear its own attorneys' fees and costs.

3  Dated: January __4__, 2012

_Lucy H. Koh_
UNITED STATES JUDGE
LUCY H. KOH