\*\* E-filed January 5, 2012 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE TECHNOLOGIES INC.; et al., | No. C10-01301 LHK (HRL) |
| Plaintiffs, | **ORDER RE DISCOVERY DISPUTE JOINT REPORTS 1-4** |
| v. | |
| BELKIN INTERNATIONAL, INC.; et al., | **[Re: Docket No. 161, 162, 163, 164]** |
| Defendants. | |

Pursuant to Judge Koh's Order of January 4, 2012 dismissing the entire above-captioned action with prejudice, and parties' stipulation thereto, the Discovery Dispute Joint Reports 1-4 currently pending before this court are DENIED as MOOT.

**IT IS SO ORDERED.**

Dated: January 5, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01301 LHK Notice will be electronically mailed to:**

| | |
|---|---|
| Brent Yamashita | brent.yamashita@dlapiper.com |
| Carrie Williamson | carrie.williamson@dlapiper.com |
| Chang Up Kim | changu.kim@dlapiper.com |
| Christine Corbett | christine.corbett@dlapiper.com |
| Mark Fowler | mark.fowler@dlapiper.com |
| Robert Dickerson | DickersonR@docksteinshapiro.com |
| David Randall | randalld@docksteinshapiro.com |
| Jeffrey Miller | MillerJ@docksteinshapiro.com |
| Robert Gingher | gingherr@docksteinshapiro.com |
| Yasser El-Gamal | elgamaly@docksteinshapiro.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**